IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

Plaintiff,

v.

MARVIN BRUCE NEER d/b/a TREE MACHINES, and
JESUSA S. NEER a/k/a JESUSA S. BARTOLOME,

Defendants.
_____

**ORDER**
_____

This matter arises on defendants' **Request Time to find a lawyer** [Doc. # 29, filed 1/18/2011]. The defendants are proceeding pro se, and I must liberally construe their filings. I will construe the Request as a motion for extension of time (the "Motion").

The defendants already have had a substantial period of time to retain counsel if they wish. A delay of an additional 30 to 90 days to allow the defendants to find counsel is unreasonable. The plaintiff opposes the Motion.

I find that good cause for the Motion has not been shown.

IT IS ORDERED that the Motion [Doc. # 29] is DENIED. The scheduling conference will proceed on January 27, 2011, at 2:00 p.m., as previously set. The defendants may appear at the scheduling conference by telephone by contacting the court at 303-844-6408 at the appropriate date and time.

Dated January 20, 2011.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge