IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 2010-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

      Plaintiff,

v.

MARVIN BRUCE NEER d/b/a TREE MACHINES, a/k/a MARVIN BARTOLOME and JESUSA S. NEER a/k/a JESUSA S. BARTOLOME,

      Defendants.

## ORDER RE: UNOPPOSED MOTION TO CONDUCT TELEPHONE DEPOSITIONS PURSUANT TO STIPULATION UNDER FED.R.CIV.P. 29(a) and 30(b)(4)

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to Conduct Telephone Depositions Pursuant to Stipulation under Fed.R.Civ.P. 29(a) and 30(b)(4) [Doc. # 40, filed February 11, 2011). The Court having reviewed the Motion, the Stipulation attached thereto, and being otherwise sufficiently advised in the premises hereby GRANTS the Motion and the Court adopts the Stipulation entered by the Parties.

IT IS HEREBY ORDERED that whenever a party notices a deposition, the deponent and a court reporter shall convene at the place indicated in the Notice of Deposition. Any party, in his or her discretion, may either (1) appear at the location specified in the Notice of Deposition, or (2) appear at the deposition by telephone.

IT IS FURTHER ORDERED that The Party that/who notices the deposition must ensure that the venue where the deposition is held has the facilities available to accommodate a deposition by telephone and make arrangements with a telephone conferencing service to ensure that each Party to this action can call a predetermined telephone number, that shall appear in the Notice of Deposition, and enter an access code, that shall likewise appear in the Notice of Deposition, to gain telephone access to the deposition. The Parties understand that a Party who participates in a deposition by telephone may incur long distance charges.

Dated February 15, 2011

BY THE COURT:

_____
United States Magistrate Judge