IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

Plaintiff,

v.

MARVIN BRUCE NEER d/b/a TREE MACHINES, and
JESUSA S. NEER a/k/a JESUSA S. BARTOLOME,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Exceed Page Limitations for Plaintiff's Motion for Partial Summary Judgment** [docket no. 61, filed August 9, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff has leave to submit a motion for summary judgment that does not exceed twenty-four pages.

DATED:  August 9, 2011