IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

Plaintiff,

v.

MARVIN BRUCE NEER d/b/a TREE MACHINES, and
JESUSA S. NEER a/k/a JESUSA S. BARTOLOME,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed First Motion to Continue Pre-Trial Conference and Extend the Deadline to File the Proposed Final Pre-Trial Order** [docket no. 81, filed November 28, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Final Pre-Trial Conference set for **December 15, 2011**, is **VACATED**.  It will not be reset at this time.


DATED:  November 28, 2011