IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

Plaintiff,

v.

MARVIN BRUCE NEER d/b/a TREE MACHINES, and
JESUSA S. NEER a/k/a JESUSA S. BARTOLOME,

Defendants.

_____

## MINUTE ORDER
_____

Minute Order Entered by Magistrate Judge Boyd N. Boland

      This matter is before the Court on the **Unopposed Motion to Vacate Final Pre-Trial Conference and the Deadline to File the Proposed Final Pre-Trial Order** [docket no. 87, filed December 19, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Pretrial Conference will go forward but the date will be changed to accommodate calendar conflicts.

      IT IS FURTHER ORDERED that the Pretrial Conference set for January 10, 2012, is **vacated and reset to January 23, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **January 17, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: December 20, 2011