IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

    Plaintiff,

v.

MARTIN BRUCE NEER, d/b/a Tree Machines, a/k/a Marvin Bartolome, and
JESUSA S. NEER a/k/a Jesusa S. Bartolome,

    Defendants.
_____

### ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for a four-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 6, 2012 at 8:30 a.m.**

    A Trial Preparation Conference is set for **July 17, 2012 at 1:30 p.m.** Counsel and any pro se party who will try the case shall attend in person.

    **Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

    Not less than **two business days** before the trial preparation conference, counsel and any pro se party shall file proposed findings of fact, conclusions of law, and orders. A copy shall also be emailed to chambers. Counsel and any pro se party are

requested to state their proposed findings of fact in the same order as their anticipated order of proof at trial.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

DATED January 23, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge