IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

     Plaintiff,

v.

MARVIN BRUCE NEER, d/b/a TREE MACHINES, a/k/a Marvin Bartolome, and
JESUSA S. NEER a/k/a Jesusa S. Bartolome,

     Defendants.
_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on plaintiff's unopposed motion to dismiss its
tenth and eleventh causes of action against defendant Marvin Bruce Neer [Docket No.
131] and second motion for extension of time to file proposed findings of fact,
conclusions of law, and orders [Docket No. 132].  The Court being fully apprised of the
motions' premises, it is

     **ORDERED** that plaintiff's unopposed motion to dismiss its tenth and eleventh
causes of action against defendant Marvin Bruce Neer [Docket No. 131] is GRANTED.
Plaintiff's tenth and eleventh causes of action are dismissed as to defendant Marvin
Bruce Neer.  It is further

     **ORDERED** that the second motion for extension of time to file proposed findings
of fact, conclusions of law, and orders [Docket No. 132] is GRANTED.  The parties shall
have until **11:59 p.m.** on **Friday, July 27, 2012**, to file proposed findings of fact,
conclusions of law, and orders.

     DATED July 25, 2012.