IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

    Plaintiff,

v.

MARVIN BRUCE NEER, d/b/a TREE MACHINES, a/k/a Marvin Bartolome, and JESUSA S. NEER a/k/a Jesusa S. Bartolome,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT JESUSA S. NEER**
_____

This matter comes before the Court on the plaintiff's Unopposed Motion to Dismiss All Claims of Plaintiff Against Jesusa Neer Only [Docket No. 138]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Unopposed Motion to Dismiss All Claims of Plaintiff Against Jesusa Neer Only [Docket No. 138] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Jesusa Neer only are dismissed with prejudice, with each party to bear its or her own attorneys' fees and costs.

DATED August 1, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge