IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

    Plaintiff,

v.

MARVIN BRUCE NEER,
d/b/a TREE MACHINES, a/k/a Marvin Bartolome,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on unopposed motion for entry of final judgment against defendant Marvin Bruce Neer [Docket No. 139] filed by plaintiff on August 1, 2012.  On July 11, 2012, the Court ordered that, upon entry of final judgment in this case, default judgment shall enter in favor of plaintiff and against Mr. Neer in the amount of $462,550.00 [Docket No. 123] on plaintiff's breach of contract claim.  The breach of contract claim is plaintiff's sole remaining claim against Mr. Neer, and plaintiff requests that the Court now enter final judgment on that claim.  Plaintiff further requests that it be awarded both pre- and post-judgment interest.  Mr. Neer informed plaintiff that he did not oppose the requested relief, including the amount of pre-judgment interest. *See* Docket No. 139 at 1.  Furthermore, Mr. Neer has not filed any opposition to the present motion.  Accordingly, and being fully apprised of the motion's premises, it is

    **ORDERED** that unopposed motion for entry of final judgment against defendant Marvin Bruce Neer [Docket No. 139] is GRANTED.  It is further

**ORDERED** that final judgment shall enter in favor of plaintiff and against defendant Marvin Bruce Neer in the amount of $462,550.00 plus pre-judgment interest from January 11, 2009 to the date of entry of judgment pursuant to Colo. Rev. Stat. § 5-12-102(1)(b) at a rate of 8% per annum compounded annually plus post-judgment interest pursuant to 28 U.S.C. § 1961.  It is further

**ORDERED** that plaintiff may have its costs upon compliance with D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case shall be closed in its entirety.

DATED August 27, 2012.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge