IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

    Plaintiff,

v.

MARVIN BRUCE NEER, d/b/a TREE MACHINES, a/k/a Marvin Bartolome,

    Defendant.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

    This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on March 13, 2014 [Docket No. 160].  The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties.  *See* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on March 13, 2014.  No party has objected to the Recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1.  The Recommendation of United States Magistrate Judge [Docket No. 160] is ACCEPTED.

    2.  Plaintiff's Motion for Judgment in Favor of the Judgment Debtor Marvin Neer and Against the Garnishee City of Brighton for the Use of the Judgment Creditor Oilman International, FZCO [Docket No. 156] is GRANTED.

    3.  Judgment shall enter in favor of the judgment debtor, Marvin Neer, for the use of the judgment creditor, Oilman International, FZCO, and against garnishee, City of Brighton, in the amount of $7,300.00.

    4.  The City of Brighton is ordered to pay the funds to the order of Pearson & Paris, P.C., 390 Union Boulevard, Suite 250, Lakewood, Colorado 80220.

    DATED April 10, 2014.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).