**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02810-PAB-BNB

OILMAN INTERNATIONAL, FZCO,

     Plaintiff,

v.

MARVIN BRUCE NEER, d/b/a TREE MACHINES,

     Defendant.

---

# JUDGMENT

---

In accordance with the orders filed during the pendency of this case the following Judgment is hereby entered. Pursuant to the Order Accepting Magistrate Judge's Recommendation of Judge Philip A. Brimmer entered on April 10, 2014 it is

ORDERED that Judgment shall enter in favor of the judgment debtor, Marvin Neer, for the use of the judgment creditor, Oilman International, FZCO, and against garnishee, City of Brighton, in the amount of $7,300.00.  The City of Brighton is ordered to pay the funds to the order of Pearson & Paris, P.C., 390 Union Boulevard, Suite 250, Lakewood, Colorado 80220.

Dated at Denver, Colorado this 10th day of April, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  K Lyons
_____

K Lyons
Deputy Clerk